UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SATNAM SINGH RANDHAWA, | ) |
| Petitioner, | ) CASE NO. C12-416-RSM |
| v. | ) ORDER OF DISMISSAL |
| ICE FIELD OFFICE DIRECTOR, | ) |
| Respondent. | ) |

The Court has reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record. Petitioner did not file Objections and the Report and Recommendation that was mailed to him at the address the Court has on file was returned as undeliverable. The Court hereby finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 9) is DENIED, respondent's motion to dismiss (Dkt. No. 14) is GRANTED, and this action is DISMISSED with prejudice; and

ORDER OF DISMISSAL
PAGE -1

(3) The Clerk shall send a copy of this Order to the parties, and to Judge Theiler.

DATED this 13 day of June 2012.

                                           /s/ Ricardo S. Martinez

                                           RICARDO S. MARTINEZ
                                           UNITED STATES DISTRICT JUDGE